**Reinstated; Order filed January 6, 2015.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00721-CV**

_____

**AMAZING AUTO SALES, Appellant**

**V.**

**GABRIEL E. AJAEBU, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1048931**

## ORDER

On September 30, 2014, this court abated this appeal and referred the case to mediation, an alternative dispute resolution process. *See* Tex. Civ. Prac. & Rem. Code §§ 154.021—.073. The court received a notice that mediation was scheduled November 24, 2014, but we have not been advised whether the case settled, or whether any further negotiations are planned, as required by this court's order. The sixty-day abatement period has passed. Accordingly, we issue the following order:

The court **ORDERS** the appeal **REINSTATED.** On September 9, 2014, the official court reporter, Karen Bernhardt, advised this court that appellant has not made payment arrangements for preparation of the reporter's record. Appellant is ordered to pay for preparation of the reporter's record within **fifteen days** of the date of this order. The reporter's record shall be filed on or before **February 23, 2015,** subject to any reasonable request for an extension of time that may be granted.

If appellant does not pay for preparation of the reporter's record as ordered herein, the court shall order appellant to file a brief without the benefit of the reporter's record. *See* Tex. R. App. P. 38.3(c).

PER CURIAM